CORBIN O. EARL
Earl and Edwards, PLLC
1334 S. Pioneer Way
Moses Lake, WA  98837
Telephone:    (509) 765-1708
Facsimile:    (509) 765-1705

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON SHAW and EMILY SHAW, individually, and as husband and wife, including their marital community comprised thereto, and on behalf of T.S., a minor,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, a government entity,<br><br>　　　　　　Defendant. | No.  2:23-cv-00849<br><br>**ORDER FOR CHANGE OF COUNSEL** |

## ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED that Corbin O. Earl of Earl and Edwards, PLLC shall substitute as counsel for Plaintiffs

ORDER FOR CHANGE OF COUNSEL: 1



Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837

and that Victor Torres of Torres and Haroldson, PLLC shall withdraw as attorney for Plaintiffs effective immediately.

DONE IN COURT this 23rd day of August 2023.

_____
Hon. John H. Chun
United States District Court Judge

ORDER FOR CHANGE OF COUNSEL: 2



Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837