CORBIN O. EARL
Earl and Edwards, PLLC
1334 S. Pioneer Way
Moses Lake, WA  98837
Telephone:	(509) 765-1708
Facsimile:	(509) 765-1705

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON SHAW and EMILY SHAW, individually, and as husband and wife, including their marital community comprised thereto, and on behalf of T.S., a minor,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, a government entity,<br><br>　　　　　　Defendant. | No.  2:23-cv-00849<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

## **ORDER**

Based on the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is granted leave to serve and file the First Amended Complaint conforming to the proposed First Amended Complaint attached as Exhibit 1 to the Stipulation

ORDER FOR LEAVE TO AMEND COMPLAINT: 1



Earl and Edwards PLLC
1334 S. Pioneer Way
Moses Lake, WA 98837

for Leave to Amend Complaint. Defendant shall serve and file a responding pleading within 14 days of service of the First Amended Complaint.

DONE IN COURT this 30th day of August 2023.

*John H. Chun*

Hon. John H. Chun
United States District Court Judge