UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SHAW, et al.,<br><br>               Plaintiff(s),<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>               Defendant(s). | CASE NO. C23-0849-KKE<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE |

      The parties filed a stipulated motion to continue the trial date and related case deadlines, and to stagger expert disclosures. Dkt. No. 22. The Court's case schedule, however, requires approximately 120 days between the dispositive motions deadline and the trial date. *See, e.g.*, Dkt. No. 19. The parties' proposed schedule results in fewer than 90 days between the dispositive motions deadline and the trial date. *See* Dkt. No. 22.

      The Court therefore DENIES the parties' stipulated motion (Dkt. No. 22), subject to re-filing in accordance with the Court's requirement as stated above. If necessary, the parties may contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov, to identify a

ORDER DENYING STIPULATED MOTION TO CONTINUE - 1

new trial date in accordance with the Court's trial calendar.

Dated this 9th day of July, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge