UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SHAW, et al., | CASE NO. C23-0849-KKE |
| Plaintiff(s), | ORDER AMENDING TRIAL DATE AND RELATED DATES |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendant(s). | |

The Court enters this order to correct an error in the prior case schedule, which set this matter for a jury trial. All prior case schedules are VACATED (Dkt. Nos. 24, 29), and this case shall now conform to the following schedule:

| Event | Date |
|---|---|
| BENCH TRIAL SET FOR 9:30 a.m. on | September 8, 2025 |
| Length of Trial | 5 days |
| Disclosure of expert testimony under FRCP 226(a)(2) due | February 10, 2025 |
| All motions related to discovery must be filed by | March 10, 2025 |
| Discovery completed by | April 10, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (see LCR 7(d)). | May 8, 2025 |

ORDER AMENDING TRIAL DATE AND RELATED DATES - 1

| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | July 8, 2025 |
|---|---|
| All motions in limine must be filed by | August 4, 2025 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | August 18, 2025 |
| Trial briefs, proposed voir dire questions, and deposition designations due | August 25, 2025 |
| Pretrial conference | TBD |

The parties are instructed to consult the Court's civil case procedures as described on its website.

Dated this 9th day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER AMENDING TRIAL DATE AND RELATED DATES - 2