UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SHAW, et al.,<br><br>                Plaintiff(s),<br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>                Defendant(s). | CASE NO. C23-0849-KKE<br><br>ORDER VACATING TRIAL DATE AND CASE SCHEDULE |

The parties have notified the Court that they have reached a settlement in this case. Dkt. No. 31. Although the parties anticipate petitioning the Court for approval of a minor settlement, and state that they will file for dismissal after that procedure is completed, the Court nonetheless VACATES the trial date and case schedule (Dkt. No. 30) at this time.

Dated this 13th day of November, 2024.

                                                Kymberly K. Evanson
                                                United States District Judge