UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON SHAW and EMILY SHAW, individually and as husband and wife, including their marital community comprised thereto, and on behalf of T.S., a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:23-cv-00849-KKE<br><br>ORDER DENYING MOTION FOR APPOINTMENT |

The parties have filed a stipulated motion seeking the appointment of a guardian ad litem for T.S., the minor child of Emily and Brandon Shaw, under Federal Rule of Civil Procedure 17(c) and Local Rules W.D. Wash. LCR 17. Dkt. No. 33. The motion requests that the Court appoint Jo-Hanna Read as the guardian ad litem, and represents that she is well qualified to serve in this capacity. *Id.* The motion indicates that Ms. Read's CV is attached to the motion, but there is no such attachment on the docket. Dkt. No. 33. The motion (Dkt. No. 33) is therefore DENIED without prejudice, subject to refiling with the appropriate documentation.

DATED this 26th day of November, 2024.

Kymberly K. Evanson
United States District Judge

ORDER – 1