UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SHAW, et al., | CASE NO. C23-0849-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendant(s). | |

The parties have filed a stipulated motion seeking the appointment of a guardian ad litem for T.S., the minor child of Emily and Brandon Shaw, under Federal Rule of Civil Procedure 17(c) and Local Rules W.D. Wash. LCR 17. Dkt. No. 35. The motion requests that the Court appoint Jo-Hanna Read as the guardian ad litem, and represents that she is well qualified to serve in this capacity. *Id.* After reviewing Ms. Read's CV, which is attached to the motion, the Court finds that she is well qualified to serve as guardian ad litem in this matter. *See* Dkt. No. 35-1.

The Court therefore GRANTS the parties' stipulated motion (Dkt. No. 35) and APPOINTS Ms. Read as guardian ad litem for T.S., to investigate and report to the Court as to a proposed settlement of this action, with her fees and expenses to be compensated at her normal rate, plus

any necessary expenses to be paid by Plaintiffs.

Dated this 27th day of November, 2024.

Kymberly K. Evanson
United States District Judge