UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON SHAW and EMILY SHAW, individually and as husband and wife, including their marital community comprised thereto, and on behalf of T.S., a minor<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:23-cv-00849-KKE<br><br>ORDER GRANTING MOTION FOR APPROVAL OF MINOR SETTLEMENT |

THIS MATTER having come regularly before the undersigned Judge of the above-entitled court, upon the motion of Plaintiffs, for approval of settlement for a claim against the United States of America made on behalf of minor T.S., and the court having considered the Motion for Approval of Minor Settlement (Dkt. No. 39), the report and recommendation of Jo-Hanna Read (Dkt. No. 38), the Court-appointed Guardian ad Litem, and finding that the settlement has been recommended for approval by the Guardian ad Litem and that it is in the best interests of the minor to approve the settlement as requested by the motion, now, therefore:

**IT IS HEREBY ORDERED** that the settlement of the claim brought on behalf of minor T.S. against the United States of America arising out of a car accident which occurred on December 10,

ORDER APPROVING MINOR SETTLEMENT - 1

2020, is approved on the following terms:

1. A Gross Settlement Amount of $35,000.00.

2. Payment Terms: cash deposited into a blocked account.

3. Attorney fees of 25% in the amount of $8,750.00 in accordance with 28 U.S.C. § 2678.

4. Costs (prior attorney) in the amount of $310.85.

5. Subrogation and Liens in the amount of $4,712.88.

6. A Net Amount to T.S. in the amount of $21,226.27 to be deposited into a blocked bank account with an FDIC insured financial institution.

7. The funds to remain in the blocked account for T.S. until he turns 18 years old and to be released to him after his eighteenth birthday without further court order.

8. Fees and costs incurred by the guardian ad litem in the amount of $2,300.00 paid in full by Defendant in accordance with the recommendation of the guardian ad litem (Dkt. No. 37 at 5).

DATED this 21st day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER APPROVING MINOR SETTLEMENT - 2