UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON SHAW, et al., <br><br> Plaintiff(s), <br> v. <br><br> UNITED STATES POSTAL SERVICE, et al., <br><br> Defendant(s). | CASE NO. C23-0849-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties notified the Court that they have resolved this case and jointly request an order dismissing the case. Dkt. Nos. 31, 41. As it appears that no issue remains for the Court's determination, the Court GRANTS the parties' stipulated motion (Dkt. No. 41) and ORDERS that this action and all claims asserted herein are DISMISSED with prejudice. Each party shall bear its own costs and fees.

Dated this 28th day of April, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1